

**Michael SULLIVAN, Appellant,**

v.

**Charles MYERS, Secretary Probation & Parole, Appellee.**

Supreme Court of Pennsylvania.

June 1, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of June, 2005, probable jurisdiction is noted and the order appealed is affirmed.

### *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of June 2005, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court based upon the decision of this Court in *Reutzel v. Douglas,* —— Pa. ——, 870 A.2d 787 (2005).

**Sharon LAZERATION, Petitioner,**

v.

**HOME DEPOT U.S.A., INC. and the Home Depot, Inc., Respondent.**

Supreme Court of Pennsylvania.

June 10, 2005.

**PENNSYLVANIANS AGAINST GAMBLING EXPANSION FUND, INC. et al., Petitioners,**

v.

**COMMONWEALTH of Pennsylvania, et al., Respondents.**

**No. 229 MM 2004.**

Supreme Court of Pennsylvania.

Argued March 9, 2005.

Decided June 22, 2005.

